```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 24123
   KEVIN WYNN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-9131


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/21/2007 and was not confirmed.

     The case was dismissed without confirmation 03/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------

THE GRAND CROWN RESORT     SECURED              .00         .00           .00
ILLINOIS DEPT OF REV       PRIORITY       NOT FILED         .00           .00
AARON SALES & LEASE OWNE   UNSECURED      NOT FILED         .00           .00
US CELLULAR CHICAGO        UNSECURED      NOT FILED         .00           .00
AIS SERVICES LLC           UNSECURED         556.59         .00           .00
DS WATERS OF NORTH AMERI   UNSECURED      NOT FILED         .00           .00
CCA                        UNSECURED      NOT FILED         .00           .00
CDA PONTIAC                UNSECURED      NOT FILED         .00           .00
PRAIRIE ANESTHESIA         UNSECURED         682.81         .00           .00
PRAIRIE ANESTHESIA         UNSECURED      NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED        1695.57         .00           .00
SBC ILLINOIS               UNSECURED      NOT FILED         .00           .00
JNA ANESTHESIA SC          UNSECURED      NOT FILED         .00           .00
BLUE ISLAND FIRE DEPT      UNSECURED      NOT FILED         .00           .00
SUBURBAN EMERGENCY         UNSECURED      NOT FILED         .00           .00
GLOBAL PAYMENTS            UNSECURED      NOT FILED         .00           .00
TCF NATIONAL BANK          UNSECURED      NOT FILED         .00           .00
ADVOCATE SOUTH SUBURBAN    UNSECURED      NOT FILED         .00           .00
ADVOCATE SOUTH SUBURBAN    UNSECURED      NOT FILED         .00           .00
ADVOCATE SOUTH SUBURBAN    UNSECURED      NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED      NOT FILED         .00           .00
ADVOCATE SOUTH SUBURBAN    UNSECURED      NOT FILED         .00           .00
MARVIN MAYFIELD            NOTICE ONLY    NOT FILED         .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         .00                        .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                             .00
SECURED                                              .00

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 24123 KEVIN WYNN
```

```
UNSECURED                                                                    .00
ADMINISTRATIVE                                                               .00
TRUSTEE COMPENSATION                                                         .00
DEBTOR REFUND                                                                .00
                                   ---------------      ---------------
TOTALS                                         .00                   .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 05/26/08           _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE

                                      PAGE   2
          CASE NO. 07 B 24123 KEVIN WYNN